# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION,<br><br>      Plaintiff,<br><br> v.<br><br>ALEX M. AZAR II, in his official capacity as United States Secretary of Health and Human Services, and DIANE FOLEY, in her official capacity as Deputy Assistant Secretary for the Office of Population Affairs,<br><br>      Defendants. | No. 18-cv-1035 (TNM)<br><br>(Consolidated with 18-cv-1036) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order and judgment of this Court entered on July 16, 2018 (ECF No. 36), in favor of Defendants Alex M. Azar II and Diane Foley and against Plaintiff National Family Planning & Reproductive Health Association.

| | |
|---|---|
| July 17, 2018 | Respectfully submitted, |
| | |
| RUTH E. HARLOW (*pro hac vice*) | /s/ *Arthur B. Spitzer* _____ |
| JENNIFER DALVEN (*pro hac vice*) | ARTHUR B. SPITZER (D.C. Bar No. 235960) |
| ELIZABETH WATSON (*pro hac vice*) | AMERICAN CIVIL LIBERTIES UNION |
| AMERICAN CIVIL LIBERTIES UNION | FOUNDATION OF THE DISTRICT OF COLUMBIA |
| FOUNDATION | 915 15th Street NW, Second Floor |
| 125 Broad Street, 18th Floor | Washington, D.C. 20005 |
| New York, NY 10004 | Tel. 202-457-0800 |
| Tel. 212-549-2633 | Fax 202-457-0805 |
| Fax 212-549-2652 | aspitzer@acludc.org |
| rharlow@aclu.org | |
| jdalven@aclu.org | *Attorneys for Plaintiff National Family* |
| ewatson@aclu.org | *Planning & Reproductive Health Association* |
| lkaley@aclu.org | |